MACKAY TELEGRAPH–CABLE CO. v. CITY OF PARIS.    (Circuit Court of Appeals, Fifth Circuit.    December 8, 1913.)    No. 2535.    Appeal from the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge.    Suit in equity by the Mackay Telegraph-Cable Company against the City of Paris.    Decree for defendant, and complainant appeals.    Affirmed.    Caswell T. Coffman and J. C. Marshall, both of Little Rock, Ark., for appellant.    Edgar Wright, of Paris, Tex., for appellee.    Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM.    The issues in this case are so largely controlled by the opinion of the Supreme Court in Western Union Telegraph Company v. Richmond, 224 U. S. 160, 32 Sup. Ct. 449, 56 L. Ed. 710, that on its authority the decree appealed from is affirmed.

---

PEACOCK v. THIRD NAT. BANK OF FITZGERALD et al.    (Circuit Court of Appeals, Fifth Circuit.    October 29, 1913.)    No. 2559.    Petition to Superintend and Revise in the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge.    Oliver C. Hancock, of Macon, Ga., for petitioner.    John R. L. Smith, of Macon, Ga., for respondent.    Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM.   · The petition for review is denied.    See, also, 203 Fed. 191.

---

PUGET SOUND MILLS & TIMBER CO. v. LOGGIE.    LOGGIE v. PUGET SOUND MILLS & TIMBER CO.    (Circuit Court of Appeals, Ninth Circuit.    September 8, 1913.)    No. 2270.    Appeals from the District Court of the United States for the Northern Division of the Northern District of Washington.    See, also, 194 Fed. 158.    Kerr & McCord, of Seattle, Wash., for Puget Sound Mills & Timber Co.    Dorr & Hadley, of Seattle, Wash., and J. W. Kindall, of Bellingham, Wash., for Loggie.

PER CURIAM.    Appeals dismissed, pursuant to stipulation of counsel for respective parties, filed September 2, 1913.

---

SIMMONS v. STROMBERG–CARLSON TELEPHONE MFG. CO.† (Circuit Court of Appeals, Fifth Circuit.    October 29, 1913.)    No. 2468.    Appeal from the District Court of the United States for the Northern District of Georgia; Wm. T. Newman, Judge.    Suit in equity by the Stromberg-Carlson Telephone Manufacturing Company against C. Jerome Simmons.    Decree for complainant, and defendant appeals.    Affirmed.    For opinion below, see 199 Fed. 256.    James L. Anderson and Robt. C. Alston, both of Atlanta, Ga., for appellant.    Orville A. Park, E. P. Johnston, and Geo. S. Jones, all of Macon, Ga., for appellee.    Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM.    We have carefully examined the large record in this case in the light of the very able arguments and briefs submitted on hearing, and we conclude that the case was properly ruled and decided in the lower court. The decree, therefore, should be and the same is hereby affirmed.